

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00922-CV

John E. **RODARTE**,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICE,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12625
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Texas Rule of Appellate Procedure 21.5(d) specifies the contents of a notice of appeal in a civil case. TEX. R. APP. P. 21.5(d). On December 29, 2014, John E. Rodarte Sr. filed a document in this court that might be construed as expressing Rodarte's desire to appeal. However, the document fails to comply with Texas Rule of Appellate Procedure 25.1(d) and is therefore defective. *See id.* Accordingly, Rodarte is ORDERED to file a notice of appeal that complies with Rule 25.1(d) **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 37.1. In the event Rodarte fails to comply with this order, this appeal will be dismissed. *See id.*

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court